IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
                                     :
            v.                :          1:23CR264-1
                                       :
RYAN LEWIS LITTLE                :

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

At approximately 10:30 p.m., on or about April 20, 2022, Officer-1 and other New York Police Department (NYPD) officers responded to the scene of a reported robbery at Restaurant[1]. Upon their arrival, Officer-1 spoke with an employee of Restaurant ("Victim-1"), who reported that a male individual ("Suspect-1") had entered Restaurant, brandished a silver firearm that was partially concealed beneath a newspaper, and removed approximately $1,500 from the Restaurant cash register. Victim-1 reported that Suspect-1 then left Restaurant, and that Victim-1 followed Suspect-1 into a nearby park (the "Park").

---

[1] At all times relevant to this matter, Restaurant bought supplies from vendors outside the state of New York and therefore, it is a business engaged in commerce, as defined in Title 18, United States Code, Section 1951(b)(3).

Victim-1 reported to Officer-1 and the other law enforcement officers that Suspect-1 was still hiding somewhere in the Park, and the officers proceeded to canvass the area.

Shortly thereafter, law enforcement officers observed a man, later identified to be Ryan Lewis Little (LITTLE) emerging from bushes nearby and attempting to flee from the area. The officers chased LITTLE on foot and apprehended him moments later. At the time of his arrest, LITTLE had in his possession approximately $1,100 in cash. While LITTLE was apprehended and secured, Officer-1 searched the path along which LITTLE had fled and recovered from the ground a loaded, silver .40 caliber Ruger P94 pistol.

Following the arrest of LITTLE, a witness ("Victim-2") approached law enforcement and informed them that the person they had arrested, *i.e.*, LITTLE, had brandished a firearm at Victim-2 earlier that night. Specifically, Victim-2 reported that at approximately 10:30 p.m. that night, Victim-2 was sitting in his car, parked between Restaurant and the Park, when LITTLE abruptly entered the front passenger seat. LITTLE asked Victim-2 to drive him away from the location, stating, in sum and substance, "take me, somebody is trying to kill me."

After Victim-2 refused to drive LITTLE, LITTLE brandished a silver firearm. Victim-2 fled from the car and attempted to locate law enforcement, while LITTLE moved to the driver's seat of the vehicle. Victim-2, however, was able to remotely disable the vehicle using his key fob, at which point LITTLE fled toward the Park.

Law enforcement reviewed video surveillance footage from inside Restaurant and saw Suspect-1 wearing a blue hooded sweatshirt with a logo in the upper-left corner, a gray backpack, a black mask, and a dark, brimmed hat.

Still images from the Surveillance Footage, showing Suspect-1 wearing these items while committing the robbery, are below.



3





4

Approximately two hours after the Robbery, an NYPD Detective, (Detective-1) canvassed the area of the Park immediately surrounding where LITTLE was arrested. During that canvass, Detective-1 recovered, among other things, a backpack and multiple items of clothing, which matched the appearance of the items worn by Suspect-1 during the robbery, photographs of which are provided below:







6



Prior to this incident, on or about October 15, 2007, LITTLE was convicted in Greensboro, North Carolina of second-degree kidnapping, in violation of North Carolina General Statutes Section 14-39, and sentenced to 46 to 65 months' imprisonment. As such, LITTLE was aware he had been convicted of a crime punishable by more than one year in prison.

7

This, the 3rd day of November, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Suite 726
Winston-Salem, NC 27101
Phone: 336-333-5351

8

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 3, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ames C. Chamberlin, Esq.

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street, Suite 726
Winston-Salem, NC 27101
Phone: 336-333-5351